# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

ORLANDO MARTINEZ-LOPEZ and
MARTHA ALVAREZ,

    Plaintiffs,

v.

                                 Case No. 3:23-cv-736-TJC-LLL

COMER ANTHONY BOWDEN and
COMER SON'S TRUCKING, LLC,

    Defendants.

## **O R D E R**

Upon review of the Joint Stipulation for Dismissal, Doc. 25, filed on June 5, 2024, this case is **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 10th day of June, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

Counsel of record